UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT GAMBLE | CIVIL ACTION |
| VERSUS | NO. 23-214 |
| USAA CASUALTY INSURANCE COMPANY | SECTION M (4) |

## ORDER

Considering the parties' joint motion to dismiss with prejudice (R. Doc. 24),

IT IS ORDERED that the motion is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to bear its own costs.

New Orleans, Louisiana, this 3rd day of January, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE